UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

ROBERT ROBINSON,

        Plaintiff,

**ORDER**
**09 CV 2174 (DLI)(LB)**

-against-

BROOKLYN COLLEGE,

        Defendant.

-----------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

On December 1, 2009, defendant filed a motion for partial dismissal. <u>See</u> docket entries 9-12. By letter dated December 3, 2009, defendant's counsel requests a brief adjournment of the conference. <u>See</u> docket entry 13. The initial pretrial conference scheduled for December 8, 2009 is adjourned to December 21, 2009 at 3:00 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Plaintiff's response to defendant's motion to dismiss is hereby stayed until after the initial conference.

SO ORDERED.

                                                  /S/
                                       LOIS BLOOM
                                       United States Magistrate Judge

Dated: December 3, 2009
       Brooklyn, New York