UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

ROBERT ROBINSON,

                Plaintiff,                      **ORDER**
                                                 **09 CV 2174 (DLI)(LB)**

                -against-

BROOKLYN COLLEGE,

                Defendant.

------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

By endorsed Order dated December 21, 2009, the Court directed plaintiff to advise the Court whether he would voluntarily withdraw his Age Discrimination in Employment Act claim and defendant whether it would withdraw its motion to dismiss regarding timeliness. See docket entry 15. By letter dated January 20, 2010, the parties state they will not withdraw their claim or motion. See docket entry 16. Plaintiff shall serve his opposition to the motion to dismiss on defendant's counsel by February 22, 2010. Defendant shall serve any reply and file the fully briefed motion, including plaintiff's opposition, electronically by March 8, 2010. The Court hereby grants defendant's request and adjourns the status conference scheduled for January 26, 2010 until the Court has decided the motion to dismiss.

SO ORDERED.

                                                 /Signed by Judge Lois Bloom/
                                                 LOIS BLOOM
                                                 United States Magistrate Judge

Dated: January 21, 2010
       Brooklyn, New York